# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

---

IN RE:                                                                    CASE NO: 1–08–40348–cec

   Federico Frazer

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                    CHAPTER: 13

   xxx–xx–9723

                DEBTOR(s)

---

## NOTICE OF DEFICIENT FILING – CHAPTER 13

**NOTICE IS HEREBY GIVEN THAT:**

The bankruptcy petition filed by the above–referenced debtor(s) on January 23, 2008 did not include the following item(s):

### ITEMS DUE AT TIME OF FILING OF BANKRUPTCY PETITION

- ☐ Voluntary Petition (Official Form 1) (Signed)(Original & 3 Copies)

- ☐ **List of Creditors (Certified by Attorney or Debtor, if Pro–Se)**

- ☐ Statement of Social Security Number (Official Form 21)

- ☐ Certificate of Credit Counseling *or* Ex Parte Motion for Temporary Exemption *or* Motion requesting waiver (Individual Only)

### ITEMS DUE WITHIN FIFTEEN DAYS OF FILING OF BANKRUPTCY PETITION OR BY 341 MEETING DATE

- ☐ Exhibit D

- ☐ Certificate of Credit Counseling (Exhibit D Box 2 Checked)

- ☑ **Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Co de (Official Form B201)**

- ☑ Statement Pursuant to Local Bankruptcy Rule 1073–2(b)(Due Within 15 Days)

- ☐ Disclosure of Compensation Pursuant to Federal Bankruptcy Rule 2016(b) (Due Within 15 Days)

- ☐ Pre–petition Statement Pursuant to Local Bankruptcy Rule 2017–1 (Due by 341 Meeting)

- ☑ Summary of Schedules (Official Form B6) (Due Within 15 Days)

- ☑ Statistical Summary of Certain Liabilities (Official Form B6) (Individual Debtor) (Due Within 15 Days)

- ☑ **Schedule A (Real Property) (Official Form B6A) (Due Within 15 Days)**

- ☑ **Schedule B (Personal Property) (Official Form B6B) (Due Within 15 Days)**

- ☑ Schedule C (Property Claimed as Exempt by Individual Debtor) (Official Form B6C) (Due Within 15 Days)

- ☑ **Schedule D (Creditors Holding Secured Claims) (Official Form B6D) (Due Within 15 Days)**

**[Continued on other side of page]**

<u>ITEMS DUE WITHIN FIFTEEN DAYS OF FILING OF BANKRUPTCY PETITION OR BY 341
MEETING DATE (Continued)</u>

- ☑ **Schedule E (Creditors Holding Unsecured Priority Claims) (Official Form B6E) (Due Within 15 Days)**

- ☑ **Schedule F (Creditors Holding Unsecured Nonpriority Claims) (Official Form B6F) (Due Within 15 Days)**

- ☑ Schedule G (Executory Contracts and Unexpired Leases) (Official Form B6G) (Due Within 15 Days)

- ☑ Schedule H (Co–debtors) (Official Form B6H) (Due Within 15 Days)

- ☑ **Schedule I (Current Income of Individual Debtor) (Official Form B6I) (Due Within 15 Days)**

- ☑ **Schedule J (Current Expenditures of Individual Debtor) (Official Form B6J) (Due Within 15 Days)**

- ☑ Declaration Concerning Debtor(s) Schedules (Individual) (Official Form 6) (Due Within 15 Days)

- ☑ **Statement of Financial Affairs (Official Form 7) (Due Within 15 Days)**

- ☑ Chapter 13 Plan (Signed by the Debtor) (Due Within 15 Days)

- ☑ **Statement of Monthly Income and Disposable Income Calculation (Official Form B22C) (Due Within 15 Days)**

- ☐ Declaration and Signature of Non–Attorney Bankruptcy Petition Preparer (Official Form 19A) (Due Within 15 Days)

- ☐ Notice to Debtor by Non–Attorney Bankruptcy Petition Preparer (Official Form 19B) (Due Within 15 Days)

- ☐ Disclosure of Compensation of Non–Attorney Bankruptcy Petition Preparer (Official Form B280) (Due Within 15 Days)

- ☑ **Copies of Pay Statements received within 60 days of filing from any employer or a statement indicating this requirement is not applicable (Show only last four digits of Social Security Number) (Due Within 15 Days)**

## YOUR CASE MAY BE DISMISSED IF

## YOU DO NOT MAKE THE REQUIRED FILINGS ON A TIMELY BASIS

**FURTHER NOTICE IS GIVEN THAT if the required item(s) identified above in bold print are not filed with the Court within 45 days after the date that this bankruptcy petition was filed, this bankruptcy case may be subject to automatic dismissal effective on the 46th day after the date that the bankruptcy petition was filed, without further notice or opportunity for a hearing.** This 45–day period may be extended for an additional period not to exceed 45 days, if the debtor makes a request for an exemption within the initial 45 days and the Court finds justification for extending the period for the filing. *See 11 U.S.C. § 521(i)(1) .*

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due at the time of filing of this bankruptcy petition are not filed with the Court within three business days of this notice.

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due within 15 days of the filing of the bankruptcy petition, or at the time of the 341 meeting, are not timely filed with the Court.

**FURTHER NOTICE IS GIVEN THAT** in order to receive a discharge, the debtor must complete a Personal Financial Management Course and must file a Certificate of Completion of the Personal Financial Management Course (Official Form 23) no later than the last payment under the plan or upon the entry of a motion for a hardship discharge. If the Certificate of Completion is not filed within the allotted time, **a discharge will not be issued and the case will be closed** .

### [Continued on other side of page]

**FURTHER NOTICE IS GIVEN THAT** if this bankruptcy case is dismissed for failure to make the required filings, or for any other reason, then the debtor may not receive the benefit of the automatic stay in a subsequent bankruptcy case filed for a period of up to one year. *See 11 U.S.C. §§ 362(c)(3) and (c)(4) .*

 Dated: January 25, 2008

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLdef13.jsp** [Notice of Deficient Filing Chapter 13 rev.10/26/06]